UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIVER POINTE CHURCH | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 4:20-CV-2815 |
| v. | § § | |
| AMERICAN ALTERNATIVE INSURANCE COMPANY | § § § § | |
| *Defendant.* | § | |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

COMES NOW, River Pointe Church, Plaintiff in the above-styled and numbered cause, and file this disclosure of persons or entities that are financially interested in the outcome of the above-referenced and entitled litigation:

River Pointe Church
**Plaintiff**

Daniel P. Barton
Chris Schleiffer
Barton Law Firm
**Counsel for Plaintiff**

American Alternative Insurance Company
**Defendant**

Tracy Jackson Cowart
Eggleston & Briscoe, LLP
**Counsel for Defendant**

Respectfully submitted,

**BARTON LAW FIRM**

By:   */s/ Chris Schleiffer*
Daniel P. Barton
State Bar No.: 00789774
Federal Bar No. 17748
dbarton@bartonlawgroup.com
Chris Schleiffer
State Bar No. 24088362
Southern Bar No. 2516220
chris@bartonlawgroup.com
1201 Shepherd Drive
Houston, Texas 77007
(713) 227-4747- Telephone
(713) 621-5900 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2020, Plaintiff's Certificate of Interested Parties was served via the Court's ECF system upon all known counsel of record.

*/s/ Chris Schleiffer*
Chris Schleiffer